1 Lynn Hubbard III, SBN 69773
2 Scottlynn J Hubbard, IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
3 12 Williamsburg Lane
Chico, CA. 95926
4 Telephone: (530) 895-3252
Facsimile: (530) 894-8244

5 Attorney for Plaintiff Tony Martinez

6 Daniel Steinberg SBN 194948
TRAINOR FAIRBROOK
7 980 Fulton Avenue
Sacramento CA 95825
8 Telephone: (916) 929-7000
Facsimile: (916) 929-7111
9
Attorney for Defendant Inter-Cal Real Estate Corporation
10

11

12 THE UNITED STATES DISTRICT COURT

13 FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 Tony Martinez ) Case No. 2:11-cv-03420-MCE-KJN
16 )
17 Plaintiff, )
) **Stipulation to Continue the Filing**
18 ) **of the Joint Status Report; Order**
) **Thereon**
19 vs. )
20 )
)
21 Inter-Cal Real Estate Corporation, )
)
22 Defendant. )
)
23 )
)
24 _____ )

25

26

27

28

*Martinez v. Inter-Cal Real Estate;* **Case No. 2:11-cv-03420-MCE-KJN**
**Stipulation to Continue the Filing of the Joint Status Report**
Page 1

1    It is hereby stipulated by and between plaintiff, Tony Martinez
2 ("plaintiff"), and defendant, Inter-Cal Real Estate Corporation ("defendant")
3 and their respective counsel, that the date for filing the Joint Status Report,
4 as required by Fed. R. Civ. P. 26(f) be continued for thirty (30) days while
5 the parties finish working on settlement.

7 Dated: March 6, 2012                DISABLED ADVOCACY GROUP, APLC

9                                      /s/ Lynn Hubbard III
10                                     Lynn Hubbard III, Esq.
                                       Attorney for Plaintiff Tony Martinez

12 Dated: March 6, 2012                TRAINOR FAIRBROOK

14                                     /s/ Daniel Steinberg
15                                     Daniel Steinberg, Esq.
                                       Attorney for Defendant Inter-Cal Real Estate
16                                     Corporation

### ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the parties shall file their Joint Status Report under Rule 26(f) no later than April 6, 2012.

Dated:  March 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Martinez v. Inter-Cal Real Estate;* Case No. 2:11-cv-03420-MCE-KJN
**Stipulation to Continue the Filing of the Joint Status Report**
Page 2