Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff Tony Martinez

Daniel Steinberg SBN 194948
TRAINOR FAIRBROOK
980 Fulton Avenue
Sacramento CA 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

Attorney for Defendant Inter-Cal Real Estate Corporation

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Tony Martinez | Case No. 2:11-cv-03420-MCE-KJN |
|---|---|
| Plaintiff, | |
| vs. | **Stipulation to Continue the Filing of the Joint Status Report; Order Thereon** |
| Inter-Cal Real Estate Corporation, | |
| Defendant. | |

*Martinez v. Inter-Cal Real Estate;* **Case No. 2:11-cv-03420-MCE-KJN**
**Stipulation to Continue the Filing of the Joint Status Report**
Page 1

It is hereby stipulated by and between plaintiff, Tony Martinez ("plaintiff"), and defendant, Inter-Cal Real Estate Corporation ("defendant") and their respective counsel, that the date for filing the Joint Status Report, as required by Fed. R. Civ. P. 26(f) be continued for thirty (30) days while the parties finish working on settlement.

Dated: March 6, 2012             DISABLED ADVOCACY GROUP, APLC

                                       */s/ Lynn Hubbard III*
                                       Lynn Hubbard III, Esq.
                                       Attorney for Plaintiff Tony Martinez

Dated: March 6, 2012             TRAINOR FAIRBROOK

                                       */s/ Daniel Steinberg*
                                       Daniel Steinberg, Esq.
                                       Attorney for Defendant Inter-Cal Real Estate Corporation

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the parties shall file their Joint Status Report under Rule 26(f) no later than April 6, 2012.

Dated: March 8, 2012

                                       MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE

*Martinez v. Inter-Cal Real Estate;* **Case No. 2:11-cv-03420-MCE-KJN**
**Stipulation to Continue the Filing of the Joint Status Report**
Page 2